IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEKEVIS CLARK,
    Plaintiff,

vs.                              Case No.: 3:18cv551/LAC/EMT

JULIE L. JONES, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 25, 2018 (ECF No. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to

comply with an order of the court.

**DONE AND ORDERED** this 30th day of July, 2018.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**